# IN THE SUPREME COURT OF THE STATE OF NEVADA

KELVIN LEE WILLIAMS,
                    Appellant,
           vs.
THE STATE OF NEVADA,
                  Respondent.

No. 84791

FILED

JUN 30 2022

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from a district court order denying a petition for writ of habeas corpus. Eighth Judicial District Court, Clark County; Monica Trujillo, Judge.

This court's preliminary review of this appeal reveals a jurisdictional defect. Specifically, the district court served notice of entry of the order denying a petition for writ of habeas corpus on April 30, 2020. Appellant did not file the notice of appeal, however, until May 9, 2022, well after the expiration of the 30-day appeal period prescribed by NRAP 4(b). "[A]n untimely notice of appeal fails to vest jurisdiction in this court." *Lozada v. State*, 110 Nev. 349, 352, 871 P.2d 944, 946 (1994). Accordingly, we conclude that we lack jurisdiction to consider this appeal, and we

ORDER this appeal DISMISSED.

_____, J.
Hardesty

_____, J.
Stiglich

_____, J.
Herndon

SUPREME COURT
OF
NEVADA

(O) 1947A

22-20640

cc: Hon. Monica Trujillo, District Judge
Kelvin Lee Williams
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A